**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 21-2268**

———————

In re:  CURTIS RICHARDSON, a/k/a Curtis D. Richardson, a/k/a Curtis Dale Richardson,

        Petitioner.

———————

On Petition for Writ of Mandamus
(No. 4:16-cv-00835-JD-TER)

———————

Submitted:  December 15, 2021           Decided:  December 29, 2021

———————

Before WYNN and DIAZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Curtis Richardson, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis Richardson petitions for a writ of mandamus, alleging that the district court has unduly delayed enforcement of a default judgment entered in Richardson's favor in his 42 U.S.C. § 1983 action. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court recently took significant action on Richardson's motions seeking to enforce the default judgment. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2